**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: FRANK TOROK, JOANN TOROK | : | No.: 16-16181-REF |
| | : | |
| Debtor. | : | CHAPTER 13 |
| FRANK TOROK, JOANN TOROK, | : | |
| | : | |
| Movant, | : | |
| | : | |
| v. | : | |
| | : | **HEARING DATE: March 2, 2017** |
| ALLY BANK    , | : | **HEARING TIME: 9:30 a.m.** |
| | : | **HEARING PLACE: Courtroom No. 1** |
| | : | **Third Floor, the Madison Building** |
| | : | **400 Washington Street** |
| Respondent. | : | **Reading, PA 19601** |

Amended Certificate of Service

I, Matthew Mugno, certify that I served true and correct copies of the foregoing Motion to Avoid Junior Lien to the below parties:

VIA CERTIFIED MAIL:

Ally Bank
Ally Bank Customer Care
P.O. Box 951
Horsham, PA 19044

VIA FIRST CLASS MAIL

Creditor's Matrix.

Date: <u>2.1.17</u>                                         Respectfully submitted,

                                                             <u>/s/ Matthew Mugno</u>
                                                             Matthew Mugno, Esq.
                                                             Attorney ID: 208328
                                                             Caffese Law Firm
                                                             803 Main Street
                                                             Stroudsburg PA 18301
                                                             Phone: 570.730.4670
                                                             matt@jrcfirm.com

1