**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: FRANK TOROK, JOANN TOROK | : | No.: 16-16181-REF |
| | : | |
| Debtor. | : | CHAPTER 13 |
| FRANK TOROK, JOANN TOROK, | : | |
| | : | |
| Movant, | : | |
| | : | |
| v. | : | |
| | : | |
| ALLY BANK , | : | |
| | : | |
| | : | |
| | : | |
| Respondent. | : | |

**CERTIFICATE OF NO RESPONSE**

1. On January 31, 2017, a motion to avoid lien was filed on behalf of the Debtor(s).

2. Amended notice of motion was filed on February 1, 2017.

3. As of March 1, 2017, no response has been filed by any party.

**WHEREFORE,** no objection being filed the Debtor(s), request the Court grant their motion to strip junior lien.

Date: 3.1.2017                                               Respectfully submitted,

                                                            /s/ Matthew Mugno
                                                            Matthew Mugno, Esq.
                                                            Attorney ID: 208328
                                                            Caffese Law Firm
                                                            803 Main Street
                                                            Stroudsburg PA 18301
                                                            Phone:  570.730.4670
                                                            matt@jrcfirm.com

1