United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Frank Emery Torok, II
Joann M. Torok
    Debtors

Case No. 16-16181-ref
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: dlv     Page 1 of 1     Date Rcvd: Mar 03, 2017
                 Form ID: pdf900     Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2017.
```
db/jdb          Frank Emery Torok, II,    Joann M. Torok,    5201 Stansfield Dr,    Zionsville, PA  18092-2088
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr              Kohl's,   c/o Becket and Lee LLP,    PO Box 3001,    Malvern, PA  19355-0701
13851985       +Ally Bank,    Cenlar FSB,    425 Phillips BLVD,    Ewing, NJ 08618-1430
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            +E-mail/Text: robertsl2@dnb.com Mar 04 2017 01:46:56     Dun & Bradstreet, INC,
                 3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 04 2017 01:46:29
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 04 2017 01:47:00     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13785561        E-mail/Text: ally@ebn.phinsolutions.com Mar 04 2017 01:46:19     Ally bank,
                 Payment Processing Center,    PO Box 9001951,    Louisville, KY  40290-1951
                                                                                              TOTAL: 4
```

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2017                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2017 at the address(es) listed below:
```
              DENISE ELIZABETH CARLON    on behalf of Creditor    Ally Bank bkgroup@kmllawgroup.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Ally Bank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JOSHUA LOUIS THOMAS    on behalf of Debtor Frank Emery Torok, II joshualthomas@gmail.com
              JOSHUA LOUIS THOMAS    on behalf of Joint Debtor Joann M. Torok joshualthomas@gmail.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for
               Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc.
               mwaldt@milsteadlaw.com,    bkecf@milsteadlaw.com
              MATTHEW J. MUGNO    on behalf of Joint Debtor Joann M. Torok matt@jrcfirm.com
              MATTHEW J. MUGNO    on behalf of Debtor Frank Emery Torok, II matt@jrcfirm.com
              THOMAS I. PULEO    on behalf of Creditor    Ally Bank tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 11
```

UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | | |
|---|---|---|---|---|
| In re: | FRANK TOROK | : | Chapter | 13 |
| | JOANN TOROK | | | |
| | Debtors | : | Bankruptcy No. | 16 - 16181 |

**ORDER**

     AND NOW, upon the motion of Debtor[s] to avoid an alleged judicial lien or nonpossessory, nonpurchase money security interest of Ally Bank in Debtor[s's] exempt real or personal property located at 5201 Stansfield Drive Zionsville, Pennsylvania 18092, and upon Debtor[s] having asserted that the alleged lien is subject to avoidance pursuant to Section 522(f)(1), 11 U.S.C. § 522(f)(1), and upon Debtor[s] having certified that adequate notice of the motion was sent to the lienholder and that no answer or other response to the motion has been filed.

     IT IS HEREBY ORDERED that the motion is granted by default and the above judicial lien and/or a nonpossessory, nonpurchase money security interest of ALLY BANK , if any, in Debtor[s's] real or personal property located in 520 Stansfield Drive, Zionsville, Pennsylvania 18092 is avoided to the extent it impairs Debtor[s's] exemption.

     IT IS FURTHER ORDERED, pursuant to Section 349(b)(1)(B), 11 U.S.C.§349(b)(1)(B), that dismissal of this case reinstates and lien voided under Section 522.

**Date: March 3, 2017**

BY THE COURT

_____
RICHARD E. FEHLING
United States Bankruptcy Judge