## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: FRANK TOROK, JOANN TOROK | : | No.: 16-16181-REF |
| | : | |
| Debtor. | : | CHAPTER 13 |

I, Matthew Mugno, certify that I served true and correct copies of the foregoing second amended plan to the attached creditor's matrix via regular mail on June 20, 2017.

VIA CERTIFIED MAIL:

Creditor's Matrix.

Date: June 20, 2017                                  Respectfully submitted,

/s/ Matthew Mugno
Matthew Mugno, Esq.
Attorney ID: 208328
Caffese Law Firm
803 Main Street
Stroudsburg PA 18301
Phone: 570.730.4670
matt@jrcfirm.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0313-4<br>Case 16-16181-ref<br>Eastern District of Pennsylvania<br>Reading<br>Tue Jun 20 15:27:50 EDT 2017 | Kohl's<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 | Reading<br>400 Washington Street<br>Suite 300<br>Reading, PA 19601-3951 |
| Ally Bank<br>Cenlar FSB<br>425 Phillips BLVD<br>Ewing, NJ 08618-1430 | Ally bank<br>Payment Processing Center<br>PO Box 9001951<br>Louisville, KY 40290-1951 | Federal National Mortgage Association<br>c/o Seterus, Inc.<br>PO Box 1047<br>Hartford, CT 06143-1047 |
| Kohls/Capital One<br>PO Box 3120<br>Milwaukee, WI 53201-3120 | Navient<br>Attn: Claims Dept<br>PO Box 9500<br>Wilkes Barre, PA 18773-9500 | Navient PC Trust<br>c/o Navient Solutions, Inc.<br>PO BOX 9640<br>Wilkes-Barre, PA 18773-9640 |
| Seterus<br>PO Box 2008<br>Grand Rapids, MI 49501-2008 | The Affiliated Group I<br>3055 41st St NW Ste 100<br>Rochester, MN 55901-9013 | United States Trustee<br>Office of the U.S. Trustee<br>833 Chestnut Street<br>Suite 500<br>Philadelphia, PA 19107-4405 |
| FREDERICK L. REIGLE<br>Chapter 13 Trustee<br>2901 St. Lawrence Avenue<br>P.O. Box 4010<br>Reading, PA 19606-0410 | Frank Emery Torok II<br>5201 Stansfield Dr<br>Zionsville, PA 18092-2088 | JOSHUA LOUIS THOMAS<br>Joshua L. Thomas & Associates<br>PO Box 415<br>Pocopson, PA 19366-0415 |
| Joann M. Torok<br>5201 Stansfield Dr<br>Zionsville, PA 18092-2088 | MATTHEW J. MUGNO<br>Caffese Law Firm L.L.C.<br>803 Main Street<br>Stroudsburg, PA 18301 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Ally Bank | (u)Seterus, Inc. as the authorized subservice | (d)Kohl's<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 |

End of Label Matrix
Mailable recipients    16
Bypassed recipients     3
Total                  19