UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In Re: FRANK TOROK, JOANN TOROK | No. 16 – 16181 |
|---|---|
| FRANK TOROK, JOANN TOROK DEBTOR(S) | CHAPTER 13 |

## CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY

Notice is hereby given that, subject to approval by the court, Frank Torok, Joann Torok, substitutes John Caffese, State Bar No. 318335 as counsel of record in place of Joshua Thomas.

Contact information for new counsel is as follows:

Caffese Law Firm LLC
803 Main Street
Stroudsburg PA 18301
570.730.4670

I consent to the above substitution.

Date: _____

_____
Frank Torok

_____
Joann Torok

I consent to the above substitution.

Date: 5/4/17

_____
Joshua Thomas, Esq.

I consent to the above substitution.

Date: 5/5/17

_____
John Caffese, Esq.

The substitution of attorney is hereby approved and so ORDERED.

Date: