### IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: FRANK TOROK, JOANN TOROK | : | No.: 16-16181-REF |
| | : | |
| Debtor. | : | CHAPTER 13 |
| FRANK TOROK, JOANN TOROK, | : | |
| | : | |
| Debtors, | : | |
| | : | |

Certificate of Service

I, Matthew Mugno, certify that I served true and correct copies of the Debtors amended plan to the attached creditor matrix.

Date: 8.24.2017

Respectfully submitted,

/s/ Matthew Mugno
Matthew Mugno, Esq.
Attorney ID: 208328
Caffese Law Firm
803 Main Street
Stroudsburg PA 18301
Phone: 570.730.4670
matt@jrcfirm.com

```
Label Matrix for local noticing          Kohl's                                    Reading
0313-4                                   c/o Becket and Lee LLP                    400 Washington Street
Case 16-16181-ref                        PO Box 3001                               Suite 300
Eastern District of Pennsylvania         Malvern, PA 19355-0701                    Reading, PA 19601-3951
Reading
Thu Aug 24 16:04:24 EDT 2017

Ally Bank                                Ally bank                                 Federal National Mortgage Association
Cenlar FSB                               Payment Processing Center                 c/o Seterus, Inc.
425 Phillips BLVD                        PO Box 9001951                            PO Box 1047
Ewing, NJ 08618-1430                     Louisville, KY  40290-1951                Hartford, CT 06143-1047


Kohls/Capital One                        Navient                                   Navient PC Trust
PO Box 3120                              Attn: Claims Dept                         c/o Navient Solutions, Inc.
Milwaukee, WI 53201-3120                 PO Box 9500                               PO BOX 9640
                                         Wilkes Barre, PA  18773-9500              Wilkes-Barre, PA 18773-9640


Seterus                                  The Affiliated Group I                    United States Trustee
PO Box 2008                              3055 41st St NW Ste 100                   Office of the U.S. Trustee
Grand Rapids, MI  49501-2008             Rochester, MN  55901-9013                 833 Chestnut Street
                                                                                   Suite 500
                                                                                   Philadelphia, PA 19107-4405


FREDERICK L. REIGLE                      Frank Emery Torok II                      JOHN R. CAFFESE
Chapter 13 Trustee                       5201 Stansfield Dr                        Caffese Law Firm, L.L.C.
2901 St. Lawrence Avenue                 Zionsville, PA 18092-2088                 803 Main Street
P.O. Box 4010                                                                      Stroudsburg, PA 18360-1601
Reading, PA 19606-0410


Joann M. Torok                           MATTHEW J. MUGNO
5201 Stansfield Dr                       Caffese Law Firm L.L.C.
Zionsville, PA 18092-2088                803 Main Street
                                         Stroudsburg, PA 18301
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Ally Bank                             (u)Seterus, Inc. as the authorized subservice   (d)Kohl's
                                                                                         c/o Becket and Lee LLP
                                                                                         PO Box 3001
                                                                                         Malvern PA 19355-0701
```

End of Label Matrix
Mailable recipients    16
Bypassed recipients     3
Total                  19