United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Frank Emery Torok, II  
Joann M. Torok  
       Debtors

Case No. 16-16181-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4      User: dlv      Page 1 of 1      Date Rcvd: Dec 14, 2017  
                 Form ID: 155      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 16, 2017.  
db/jdb          Frank Emery Torok, II,    Joann M. Torok,    5201 Stansfield Dr,    Zionsville, PA  18092-2088

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.        TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.        TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 14, 2017 at the address(es) listed below:
          DENISE ELIZABETH CARLON    on behalf of Creditor    Ally Bank bkgroup@kmllawgroup.com  
          FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,  ecf_frpa@trustee13.com  
          JOHN  R. CAFFESE    on behalf of Debtor Frank Emery Torok, II ecf@jrcfirm.com,  kevin@jrcfirm.com  
          JOHN  R. CAFFESE    on behalf of Joint Debtor Joann M. Torok ecf@jrcfirm.com,  kevin@jrcfirm.com  
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Ally Bank bkgroup@kmllawgroup.com,  
           bkgroup@kmllawgroup.com  
          LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,  
           ecf_frpa@trustee13.com  
          MATTEO SAMUEL WEINER    on behalf of Creditor    Ally Bank bkgroup@kmllawgroup.com  
          MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for  
           Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc.  
           mwaldt@milsteadlaw.com,  bkecf@milsteadlaw.com  
          MATTHEW J. MUGNO    on behalf of Debtor Frank Emery Torok, II matt@jrcfirm.com,  ecf@jrcfirm.com  
          MATTHEW J. MUGNO    on behalf of Joint Debtor Joann M. Torok matt@jrcfirm.com,  ecf@jrcfirm.com  
          REBECCA ANN SOLARZ    on behalf of Creditor    Ally Bank bkgroup@kmllawgroup.com  
          THOMAS I. PULEO    on behalf of Creditor    Ally Bank tpuleo@kmllawgroup.com,  
           bkgroup@kmllawgroup.com  
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                             TOTAL: 13

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Frank Emery Torok, II and Joann M. Torok

       Debtor(s)

Chapter: 13
Bankruptcy No: 16−16181−ref

_____

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this December 14, 2017 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                        Richard E. Fehling
                                        Judge ,
                                        United States Bankruptcy Court