# UNITED STATES DISTRICT COURT
# FOR THE EASTER DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: FRANK & JOANN TOROK | Chapter 13 |
| Debtor | Bankruptcy Court No. 16-16181-REF |

## WITHDRAWAL OF ATTORNEY

Please kindly note the withdrawal of Attorney Matthew Mugno from the above referenced case, as he is no longer a part of Caffese Law Firm who is continuing the case. Please direct all payments listed as due to Mr. Mugno to John R. Caffese, Esq., of Caffese Law Firm as they continue to provide services for the debtor.

**Matthew Mugno, Esq.**                                              **Caffese Law Firm, L.L.C.**

 /s/Matt Mugno                                                                /s/ John R.Caffese

Withdrawing Attorney                                                  John R. Caffese, Esq.

                                                                                          Continuing Attorney

Dated: 2/21/2018