# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Eric Butler | : | Chapter 13 |
| | : | |
| Debtor | : | Case No.: 16-16181 |

## CERTIFICATE OF NO RESPONSES

I, John R. Caffese Esq. of Caffese Law Firm, counsel for the Debtor, certify that on January 19, 2018, notice and copies of the Application for Compensation was sent to the creditor matrix via regular mail and through the ECF system. As of this date, no responses have been filed nor has this firm been contacted in regards to, or in opposition of, that motion.

Date: February 28, 2018                                                                 /s/ John R. Caffese