**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Frank & Joann Torok | : | No. 16-16181-REF |
| | : | |
| Debtor | : | Chapter 13 |
| | : | Application for Compensation |

## **ORDER**

Upon consideration of Debtor's Attorney John R. Caffese, Esq., application for compensation it is hereby ORDERED that the remaining $1990 balance of the presumptive fee be granted.

_____