United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 16-16181-ref
Frank Emery Torok, II                                               Chapter 13
Joann M. Torok
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: dlv            Page 1 of 1           Date Rcvd: Feb 22, 2018
                              Form ID: pdf900      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 24, 2018.
db/jdb        Frank Emery Torok, II,    Joann M. Torok,    5201 Stansfield Dr,    Zionsville, PA  18092-2088
cr            Kohl's,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern, PA  19355-0701

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2018                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 22, 2018 at the address(es) listed below:
              DENISE ELIZABETH CARLON    on behalf of Creditor    Ally Bank bkgroup@kmllawgroup.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
              JOHN R. CAFFESE    on behalf of Debtor Frank Emery Torok, II ecf@jrcfirm.com,   kevin@jrcfirm.com
              JOHN R. CAFFESE    on behalf of Joint Debtor Joann M. Torok ecf@jrcfirm.com,   kevin@jrcfirm.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Ally Bank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Ally Bank bkgroup@kmllawgroup.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Seterus, Inc. as the authorized subserviser for
               Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc.
               mwaldt@milsteadlaw.com,   bkecf@milsteadlaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Ally Bank bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    Ally Bank tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 11

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Frank & Joann Torok | : | No. 16-16181-REF |
| | : | |
| Debtor | : | Chapter 13 |
| | : | Application for Compensation |

## ORDER

Upon consideration of Debtor's Attorney John R. Caffese, Esq., application for compensation it is hereby ORDERED that the remaining $1990 balance of the presumptive fee be granted.

**Date: February 22, 2018**

_____