# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
|    Frank Emery Torok, II | : | Chapter 13 |
|    Joann M. Torok | : | Bankruptcy No. 16-16181 REF |
| | : | |
|    Debtors | : | |

## PRAECIPE TO WITHDRAW AS COUNSEL FOR DEBTOR

I, John R. Caffese, Esquire hereby withdraws my appearance for Frank Emery Torok, II and Joann M. Torok, the above Debtors.

Dated: February 13, 2019

s/ John R. Caffese
John R. Caffese, Esquire
Caffese Law Firm, LLC
803 Main Street
Stroudsburg, PA 18360

## PRAECIPE TO ENTER APPEARANCE

I, David S. Gellert, Esquire, hereby enter my appearance for Frank Emery Torok, II and Joann M. Torok, the above Debtors.

Dated: February 13, 2019

s/ David S. Gellert
David S. Gellert, Esquire
David S. Gellert, PC
1244 Hamilton Street, Suite 204
Allentown, PA 18102