*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Frank Emery Torok, II and
Joann M. Torok
    Debtor(s)

Case No: 16–16181–elf

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank , United States Bankruptcy Judge to consider:

Motion to Dismiss Case for Failure to Make Plan Payments Filed by SCOTT F. WATERMAN (Chapter 13).

\*\*Hearing scheduled from 6/20/19 at 9:00 AM\*\*

    on: 7/23/19

    at: 10:00 AM

    in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Date: 6/6/19

Timothy B. McGrath
Clerk of Court

65 – 61
Form 167