United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                   Case No. 16-16181-elf
Frank Emery Torok, II                                                    Chapter 13
Joann M. Torok
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4        User: BarbaraS              Page 1 of 2            Date Rcvd: Jun 06, 2019
                            Form ID: 167                Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 08, 2019.
db/jdb         Frank Emery Torok, II,   Joann M. Torok,   5201 Stansfield Dr,   Zionsville, PA  18092-2088
13851985      +Ally Bank,   Cenlar FSB,   425 Phillips BLVD,   Ewing, NJ 08618-1430
13816724      +Federal National Mortgage Association,   c/o Seterus, Inc.,   PO Box 1047,
                Hartford, CT 06143-1047
13838622       Kohl's,   c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
14289904      +Nationstar Mortgage LLC,   c/o Kevin S. Frankel, Esquire,   Shapiro & DeNardo, LLC,
                3600 Horizon Drive, Suite 150,   King of Prussia, PA 19406-4702
14337894      +Nationstar Mortgage LLC d/b/a Mr. Cooper,   PO Box 619096,   Dallas, TX 75261-9096
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13785561        E-mail/Text: ally@ebn.phinsolutions.com Jun 07 2019 07:18:40      Ally bank,
                Payment Processing Center,   PO Box 9001951,   Louisville, KY  40290-1951
13785562        E-mail/Text: bncnotices@becket-lee.com Jun 07 2019 07:18:42      Kohls/Capital One,
                PO Box 3120,   Milwaukee, WI  53201-3120
13785563        E-mail/PDF: pa_dc_claims@navient.com Jun 07 2019 06:54:29      Navient,   Attn: Claims Dept,
                PO Box 9500,   Wilkes Barre, PA  18773-9500
13828279        E-mail/PDF: pa_dc_claims@navient.com Jun 07 2019 06:54:29      Navient PC Trust,
                c/o Navient Solutions, Inc.,   PO BOX 9640,   Wilkes-Barre, PA 18773-9640
13785565        E-mail/Text: paymentposting@thecmigroup.com Jun 07 2019 07:19:40      The Affiliated Group I,
                3055 41st St NW Ste 100,   Rochester, MN  55901-9013
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          Kohl's,   c/o Becket and Lee LLP,   PO Box 3001,   Malvern, PA  19355-0701
13785564     ##Seterus,   PO Box 2008,   Grand Rapids, MI  49501-2008
                                                                                   TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 08, 2019                              Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 6, 2019 at the address(es) listed below:
          DAVID S. GELLERT    on behalf of Plaintiff Joanne M. Torok dsgatn@rcn.com,
           r46641@notify.bestcase.com
          DAVID S. GELLERT    on behalf of Plaintiff Frank Emery Torok, II dsgatn@rcn.com,
           r46641@notify.bestcase.com
          DAVID S. GELLERT    on behalf of Debtor Frank Emery Torok, II dsgatn@rcn.com,
           r46641@notify.bestcase.com
          DAVID S. GELLERT    on behalf of Joint Debtor Joann M. Torok dsgatn@rcn.com,
           r46641@notify.bestcase.com
          DENISE ELIZABETH CARLON    on behalf of Creditor    Ally Bank bkgroup@kmllawgroup.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Ally Bank bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC D/B/A Mr. Cooper pa-bk@logs.com
          LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    Ally Bank bkgroup@kmllawgroup.com
          MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for
           Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc.
           mwaldt@milsteadlaw.com,  bkecf@milsteadlaw.com

```
District/off: 0313-4          User: BarbaraS           Page 2 of 2           Date Rcvd: Jun 06, 2019
                              Form ID: 167             Total Noticed: 11
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        REBECCA ANN SOLARZ    on behalf of Creditor    Ally Bank bkgroup@kmllawgroup.com
        ROLANDO  RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com, ecf_frpa@trustee13.com
        SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
        THOMAS I. PULEO    on behalf of Creditor    Ally Bank tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

        TOTAL: 15

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Frank Emery Torok, II and
Joann M. Torok
       Debtor(s)

Case No: 16−16181−elf
Chapter: 13

### NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank , United States Bankruptcy Judge to consider:

Motion to Dismiss Case for Failure to Make Plan Payments Filed by SCOTT F. WATERMAN (Chapter 13).

**Hearing scheduled from 6/20/19 at 9:00 AM**

on: 7/23/19

at: 10:00 AM

in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Date: 6/6/19

Timothy B. McGrath
Clerk of Court

65 − 61
Form 167