United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Frank Emery Torok, II  
Joann M. Torok  
      Debtors

Case No. 16-16181-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: dlv     Page 1 of 1     Date Rcvd: Jun 06, 2019  
                         Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 08, 2019.  
13816724       +Federal National Mortgage Association,    c/o Seterus, Inc.,    PO Box 1047,      Hartford, CT 06143-1047

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                          TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 08, 2019                                            Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 5, 2019 at the address(es) listed below:  
       DAVID S. GELLERT    on behalf of Plaintiff Frank Emery Torok, II dsgatn@rcn.com, r46641@notify.bestcase.com  
       DAVID S. GELLERT    on behalf of Debtor Frank Emery Torok, II dsgatn@rcn.com, r46641@notify.bestcase.com  
       DAVID S. GELLERT    on behalf of Joint Debtor Joann M. Torok dsgatn@rcn.com, r46641@notify.bestcase.com  
       DAVID S. GELLERT    on behalf of Plaintiff Joanne M. Torok dsgatn@rcn.com, r46641@notify.bestcase.com  
       DENISE ELIZABETH CARLON    on behalf of Creditor    Ally Bank bkgroup@kmllawgroup.com  
       JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Ally Bank bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
       KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC D/B/A Mr. Cooper pa-bk@logs.com  
       LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
       MATTEO SAMUEL WEINER    on behalf of Creditor    Ally Bank bkgroup@kmllawgroup.com  
       MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc. mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com  
       REBECCA ANN SOLARZ    on behalf of Creditor    Ally Bank bkgroup@kmllawgroup.com  
       ROLANDO RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com, ecf_frpa@trustee13.com  
       SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com  
       THOMAS I. PULEO    on behalf of Creditor    Ally Bank tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                     TOTAL: 15

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 16-16181-elf
Chapter 13

In re: Debtor(s) (including Name and Address)

Frank Emery Torok, II
5201 Stansfield Dr
Zionsville PA 18092-2088

Joann M. Torok
5201 Stansfield Dr
Zionsville PA 18092-2088

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 06/05/2019.

Name and Address of Alleged Transferor(s):

Claim No. 1: Federal National Mortgage Association, c/o Seterus, Inc., PO Box 1047, Hartford, CT 06143

Name and Address of Transferee:

Nationstar Mortgage LLC d/b/a Mr. Cooper
PO Box 619096
Dallas, TX 75261-9741

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   06/08/19

Tim McGrath
**CLERK OF THE COURT**