# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>    Frank Emery Torok, II<br>    Joann M. Torok,<br>                  Debtors. | Chapter 13 |
| Nationstar Mortgage LLC d/b/a Mr. Cooper,<br>                  Movant,<br>vs.<br>Frank Emery Torok, II and Joann M. Torok,<br>                  Debtors / Respondents,<br><br>and<br>Scott F. Waterman,<br>                  Trustee / Respondent. | Case No.: 16-16181-elf<br><br>Hearing Date: September 12, 2019<br>Time: 11:00 a.m.<br>Location: Courtroom 1 |

\* \* \* \* \* \* \*

## NOTICE OF MOTION, RESPONSE DEADLINE
## AND HEARING DATE

    Nationstar Mortgage LLC d/b/a Mr. Cooper has filed a Motion for Relief from the Automatic Stay with the Court for leave to enforce its rights as determined by state and/or other applicable law with regard to real property.

    **<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney).**

    1.    If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before **September 9, 2019,** you or your attorney must do <u>all</u> of the following:

        (a)    file an answer explaining your position at:

            United States Bankruptcy Court
            Eastern District of Pennsylvania
            400 Washington Street
            Reading, PA 19601

  (b) mail a copy to the Movant's attorney:

   Andrew M. Lubin, Esquire
   Milstead & Associates, LLC
   1 East Stow Road
   Marlton, NJ 08053
   Phone No.: 856-482-1400
   Fax No.: 856-482-9190

  (a) mail a copy to the Chapter 13 Trustee:

   Scott F. Waterman
   Chapter 13 Trustee
   2901 St. Lawrence Ave.
   Suite 100
   Reading, PA 19606

2. If you or your attorney do not take the steps described in paragraphs 1(a), 1(b) and 1(c) above and attend the hearing, the court may enter an order granting the relief requested in the Motion.

3. A hearing on the motion is scheduled to be held before the Honorable Eric L. Frank on **September 12, 2019 at 11:00 a.m.** in Courtroom 1 of The Madison Building, 400 Washington Street, Reading, PA 19601.

4. If a copy of the Motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at 610-208-5040 to find out whether the hearing has been cancelled because no one filed an answer to the Motion.

        Respectfully submitted,
        MILSTEAD & ASSOCIATES, LLC

DATED: August 21, 2019      /s/Andrew M. Lubin
        Andrew M. Lubin, Esquire
        Attorney ID No. 54297
        alubin@milsteadlaw.com
        1 East Stow Road
        Marlton, NJ 08053
        (856) 482-1400
        Attorneys for Movant