# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                    :
    Frank Emery Torok, II              :     Chapter 13
    Joann M. Torok,                    :
                                       :     Bankruptcy No. 16-16181 elf
        Debtor(s) :

## PRAECIPE TO WITHDRAW DEBTORS' ANSWER TO MOTION FOR RELIEF FROM STAY FILED BY NATIONSTAR MORTGAGE, LLC DBA MR. COOPER (DOCKET ENTRY 71)

**TO THE CLERK, U. S. BANKRUPTCY COURT:**

Please withdraw the Debtors' Answer to the Motion for Relief from Automatic Stay filed by Nationstar Mortgage, LLC, dba Mr. Cooper (Docket entry no. 71) filed on September 9. 2019 in the above matter.

Dated: October 9, 2019                                    s/ David S. Gellert
                                                                               David S. Gellert, Esquire
                                                                               Attorney for Debtors
                                                                               1244 Hamilton Street, Suite 204
                                                                               Allentown, PA 18102
                                                                               610-776-7070   Fax: 610-776-7072