# IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>    Frank Emery Torok, II<br>    Joann M. Torok,<br>        Debtors, | Chapter 13<br><br>Case No.: 16-16181-elf |
| Nationstar Mortgage LLC d/b/a Mr. Cooper,<br>        Movant,<br>vs.<br>Frank Emery Torok, II and Joann M. Torok,<br>        Debtors / Respondents,<br>and<br>Scott F. Waterman,<br>        Trustee / Respondent. | |

## CERTIFICATION OF NO OBJECTION REGARDING MOTION FOR RELIEF FROM AUTOMATIC STAY

    The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on August 21, 2019, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than September 9, 2019. Debtors filed a Response to Motion for Relief on September 9, 2019 which was withdrawn on October 9, 2019.

    It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Respectfully submitted,
MILSTEAD & ASSOCIATES, LLC

DATED: October 9, 2019

    /s/Andrew M. Lubin
Andrew M. Lubin, Esquire
Attorney ID No. 54297
alubin@milsteadlaw.com
1 E. Stow Road
Marlton, NJ 08053
(856) 482-1400
Attorneys for Movant