**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>    Frank Emery Torok, II<br>    Joann M. Torok,<br>              Debtors. | Chapter 13<br><br>Case No.: 16-16181-elf |
| Nationstar Mortgage LLC d/b/a Mr. Cooper,<br>              Movant,<br>vs.<br>Frank Emery Torok, II and Joann M. Torok,<br>              Debtors / Respondents,<br><br>and<br>Scott F. Waterman,<br>              Trustee / Respondent. | |

**ORDER**

AND NOW, this **11th** day of **October**, 20**19**, it is hereby

**ORDERED** that Nationstar Mortgage LLC d/b/a Mr. Cooper is hereby granted relief from the automatic stay provided for by 11 U.S.C. §362 to permit Movant, its successors or assigns, to take any and all action necessary to enforce its *in rem* rights as determined by state and/or other applicable law with regard to the real property known as and located at 5201 Stansfield Dr, Zionsville, PA 18092;

**ORDERED** that Movant shall be permitted to communicate with the Debtors, and Debtors' counsel to the extent necessary to comply with applicable non-bankruptcy law; and it is further

**ORDERED** that this Order is binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code;

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**