```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
```

In re:                                                          Case No. 16-16181-elf
Frank Emery Torok, II                                           Chapter 13
Joann M. Torok
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4            User: dlv                  Page 1 of 1              Date Rcvd: Oct 11, 2019
                                Form ID: pdf900            Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 13, 2019.
db/jdb        Frank Emery Torok, II,    Joann M. Torok,    5201 Stansfield Dr,    Zionsville, PA  18092-2088
cr            Kohl's,   c/o Becket and Lee LLP,    PO Box 3001,    Malvern, PA  19355-0701

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2019                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 11, 2019 at the address(es) listed below:
              ANDREW M. LUBIN    on behalf of Creditor    Nationstar Mortgage LLC D/B/A Mr. Cooper
               alubin@milsteadlaw.com, bkecf@milsteadlaw.com
              DAVID FITZGIBBON    on behalf of Defendant    Ally Bank dfitzgibbon@stradley.com
              DAVID S. GELLERT    on behalf of Debtor Frank Emery Torok, II dsgatn@rcn.com,
               r46641@notify.bestcase.com
              DAVID S. GELLERT    on behalf of Joint Debtor Joann M. Torok dsgatn@rcn.com,
               r46641@notify.bestcase.com
              DAVID S. GELLERT    on behalf of Plaintiff Joanne M. Torok dsgatn@rcn.com,
               r46641@notify.bestcase.com
              DAVID S. GELLERT    on behalf of Plaintiff Frank Emery Torok, II dsgatn@rcn.com,
               r46641@notify.bestcase.com
              DENISE ELIZABETH CARLON    on behalf of Creditor    Ally Bank bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Ally Bank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC D/B/A Mr. Cooper pa-bk@logs.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Ally Bank bkgroup@kmllawgroup.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for
                Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc.
               mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Ally Bank bkgroup@kmllawgroup.com
              ROLANDO RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ecfmail@readingch13.com, ecf_frpa@trustee13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
              THOMAS I. PULEO    on behalf of Creditor    Ally Bank tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 17

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>    Frank Emery Torok, II<br>    Joann M. Torok,<br>                Debtors. | Chapter 13<br><br>Case No.: 16-16181-elf |
| Nationstar Mortgage LLC d/b/a Mr. Cooper,<br>                Movant,<br>vs.<br>Frank Emery Torok, II and Joann M. Torok,<br>                Debtors / Respondents,<br><br>and<br>Scott F. Waterman,<br>                Trustee / Respondent. | |

## ORDER

AND NOW, this \_\_\_11th\_\_\_ day of \_\_\_day of October\_\_\_, 20\_19\_, it is hereby

**ORDERED** that Nationstar Mortgage LLC d/b/a Mr. Cooper is hereby granted relief from the automatic stay provided for by 11 U.S.C. §362 to permit Movant, its successors or assigns, to take any and all action necessary to enforce its *in rem* rights as determined by state and/or other applicable law with regard to the real property known as and located at 5201 Stansfield Dr, Zionsville, PA 18092;

**ORDERED** that Movant shall be permitted to communicate with the Debtors, and Debtors' counsel to the extent necessary to comply with applicable non-bankruptcy law; and it is further

**ORDERED** that this Order is binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code;

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**