United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                    Case No. 16-16181-elf
Frank Emery Torok, II                                     Chapter 13
Joann M. Torok
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-4         User: dlv              Page 1 of 2              Date Rcvd: Jan 23, 2020
                             Form ID: pdf900        Total Noticed: 19

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 25, 2020.
db/jdb         Frank Emery Torok, II,    Joann M. Torok,    5201 Stansfield Dr,    Zionsville, PA  18092-2088
smg           +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
               Allentown, PA 18101-1603
smg            City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg           +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg           +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg           +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
13851985      +Ally Bank,    Cenlar FSB,    425 Phillips BLVD,    Ewing, NJ 08618-1430
13816724      +Federal National Mortgage Association,    c/o Seterus, Inc.,    PO Box 1047,
               Hartford, CT 06143-1047
13838622       Kohl's,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14289904      +Nationstar Mortgage LLC,    c/o Kevin S. Frankel, Esquire,    Shapiro & DeNardo, LLC,
               3600 Horizon Drive, Suite 150,    King of Prussia, PA 19406-4702
14337894      +Nationstar Mortgage LLC d/b/a Mr. Cooper,    PO Box 619096,    Dallas, TX 75261-9096
13785564     ++SETERUS INC,    PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court: Seterus,    PO Box 2008,    Grand Rapids, MI  49501-2008)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 24 2020 03:06:41
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 24 2020 03:06:47      U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13785561       E-mail/Text: ally@ebn.phinsolutions.com Jan 24 2020 03:06:27      Ally bank,
               Payment Processing Center,    PO Box 9001951,    Louisville, KY  40290-1951
13785562       E-mail/Text: bncnotices@becket-lee.com Jan 24 2020 03:06:28      Kohls/Capital One,
               PO Box 3120,    Milwaukee, WI  53201-3120
13785563       E-mail/PDF: pa_dc_claims@navient.com Jan 24 2020 03:05:49      Navient,    Attn: Claims Dept,
               PO Box 9500,    Wilkes Barre, PA  18773-9500
13828279       E-mail/PDF: pa_dc_claims@navient.com Jan 24 2020 03:05:49      Navient PC Trust,
               c/o Navient Solutions, Inc.,    PO BOX 9640,    Wilkes-Barre, PA 18773-9640
13785565       E-mail/Text: csrmn@thecmigroup.com Jan 24 2020 03:06:58      The Affiliated Group I,
               3055 41st St NW Ste 100,    Rochester, MN  55901-9013
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            Kohl's,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern, PA  19355-0701
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2020                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 23, 2020 at the address(es) listed below:
              ANDREW M. LUBIN    on behalf of Creditor    Nationstar Mortgage LLC D/B/A Mr. Cooper
               alubin@milsteadlaw.com, bkecf@milsteadlaw.com
              DAVID  FITZGIBBON    on behalf of Defendant    Ally Bank dfitzgibbon@stradley.com
              DAVID S. GELLERT    on behalf of Debtor Frank Emery Torok, II dsgatn@rcn.com,
               r46641@notify.bestcase.com
              DAVID S. GELLERT    on behalf of Joint Debtor Joann M. Torok dsgatn@rcn.com,
               r46641@notify.bestcase.com
```

```
District/off: 0313-4          User: dlv              Page 2 of 2               Date Rcvd: Jan 23, 2020
                              Form ID: pdf900        Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          DAVID S. GELLERT    on behalf of Plaintiff Joanne M. Torok dsgatn@rcn.com,
           r46641@notify.bestcase.com
          DAVID S. GELLERT    on behalf of Plaintiff Frank Emery Torok, II dsgatn@rcn.com,
           r46641@notify.bestcase.com
          DENISE ELIZABETH CARLON    on behalf of Creditor    Ally Bank bkgroup@kmllawgroup.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Ally Bank bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC D/B/A Mr. Cooper pa-bk@logs.com
          LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    Ally Bank bkgroup@kmllawgroup.com
          MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for
           Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc.
           mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
          REBECCA ANN SOLARZ    on behalf of Creditor    Ally Bank bkgroup@kmllawgroup.com
          ROLANDO  RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
           ecfmail@readingch13.com
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
          THOMAS I. PULEO    on behalf of Creditor    Ally Bank tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 17
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                              :

FRANK EMERY TOROK, II
JOANN M. TOROK

                                                            : Chapter 13
              Debtor(s)                      : Bankruptcy No. 16-16181ELF

## ORDER DISMISSING CHAPTER 13 CASE

    AND NOW, after notice and hearing, it is ORDERED that the case is dismissed.

    IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s) plan shall be refunded to the Debtor unless a party files a Motion for Alternative Disbursement within 21 days of the date of this Order.

    IT IS FURTHER ORDERED that any wage order entered in this case is hereby terminated and the employer shall cease wage withholding immediately.

Date: 1/23/20

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**